IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :     CRIMINAL ACTION
                   :
        v.            :
                   :
KENNETH BROOKS       :     NO.  26-127

**O R D E R**

AND NOW, this   31st   day of March, 2026, upon consideration of Defendant's Opposition to the Government's Motion for a Detention Hearing pursuant to 18 U.S.C. § 3142(f) (Doc. 14), after hearing argument in open court, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that Defendant's objection is OVERRULED.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.